# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## BLUEFIELD DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                      CRIMINAL ACTION NO. 1:09-cr-00148

KERNEY RAY THORNSBURY,

        Defendant.

*FILED OCT - 7 2009 — TERESA L. DEPPNER, CLERK, U.S. District Court, Southern District of West Virginia*

## WRITTEN PLEA OF GUILTY

In the presence of David R. Bungard, my counsel, who has fully explained the charge contained in the Information against me, and having received a copy of the Information before being called upon to plead, I hereby plead guilty to the charge contained in the Information.

DATE: 10/07/09

DEFENDANT *(signed)*

WITNESS:

COUNSEL FOR DEFENDANT *(signed)*